IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SADRUD-DIN SIDDIQ, JR                                              PLAINTIFF

v.                          No. 4:24-cv-495-DPM

TOLLETT, Officer; BOYD, Det.;
PERICHI, Sgt.; WARD, Officer;
and CHRISTPHOR, Officer                                           DEFENDANTS

## ORDER

1.  Siddiq's application to proceed *in forma pauperis*, Doc. 1, is granted.  He reports living on minimal income.

2.  The Court must screen Siddiq's complaint. 28 U.S.C. § 1915(e)(2).  The Court's rules require a short and plain statement of facts that show a plausible violation of some particular law.  Fed. R. Civ. P. 8(a); 28 U.S.C. § 1915(e)(2)(B)(ii).

    Siddiq sues the defendants under 42 U.S.C. § 1983 alleging that his civil rights have been violated; however, he provides very few details.  *Doc. 2 at 3*.  Siddiq says he reported to police at the 12th Street station that his girlfriend had been assaulted but they failed to write a report.  He doesn't state when he attempted to make a report or with whom he spoke.  Saddiq also says, "they harass every chance they get w[h]ere I live, or court dates which I have to win."  *Doc. 2 at 4*.  While Saddiq identifies officers in the caption of his complaint, he fails to

- 2 -

plead specifics. The Court needs more information. Who harasses him? When did the harassment take place? How was he harassed? Saddiq must identify the who, what, when, and where of his harassment claim. Saddiq should also state in what capacity he is suing the officers (official, individual, or both) and what relief he is seeking.

3. Saddiq must file an amended complaint with more details by 25 July 2024. If he does not, the Court will dismiss his case without prejudice. LOCAL RULE 5.5(c)(2).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

25 June 2024