IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

SADRUD-DIN SIDDIQ, JR                                   PLAINTIFF

v.                           No. 4:24-cv-495-DPM

TOLLETT, Officer; BOYD, Det.;
PERICHI, Sgt.; WARD, Officer;
and CHRISTPHOR, Officer                             DEFENDANTS

## ORDER

Siddiq has amended his complaint. *Doc. 4*. He hasn't addressed the Court's questions from its previous Order. *Doc. 3 at 2*. He has various concerns and complaints, but he has not alleged specific facts that state a plausible federal claim against any of the named officers. 28 U.S.C. § 1915(e)(2)(B). The Court will dismiss this case without prejudice.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

8 August 2024