IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**SADRUD-DIN SIDDIQ, JR**                                               PLAINTIFF

v.                              No. 4:24-cv-495-DPM

TOLLETT, Officer;  BOYD, Det.;
PERICHI, Sgt.;  WARD, Officer;
and CHRISTPHOR, Officer                                                DEFENDANTS

## JUDGMENT

Siddiq's amended complaint is dismissed without prejudice.

*DPMarshall Jr.*

D.P. Marshall Jr.
United States District Judge

8 August 2024